IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRANDON M. GILBERT                                                                                           PLAINTIFF

      v.                         Civil No. 4:10-cv-04183

CAPTAIN HARTLINE, Miller County
Detention Center (MCDC); CPL. PEARCY,
MCDC; SGT. BAYLESS, MCDC; SGT.
GILES, MCDC; OFFICER HANNING, MCDC;
SHERIFF RON STOVALL; WARDEN GARY
TURNER, MCDC; KIM VALLANCOURT, Correctional
Healthcare Management, Inc.(CHM); NURSE
BROWN, CHM; and DETECTIVE WESLEY
PENNEY, Texarkana Arkansas Police Department                                     DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

On August 3, 2011, Defendants filed a motion to dismiss (Doc. 35). They ask that the case be dismissed based on the Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. On April 21, 2011, an order (Doc. 33) was entered directing the Plaintiff to advise the Court by May 13, 2011, whether he intended to respond to the pending summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire. Plaintiff did not respond to the Court's order.

Plaintiff has not responded to the motion to dismiss. I therefore recommend that the motion to dismiss (Doc. 35) be granted and this case be dismissed with prejudice based on the Plaintiff's failure to respond to the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in**

**which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 23rd day of September 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE