IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRANDON M. GILBERT                                                                    PLAINTIFF

v.                                    Case No. 4:10-CV-04183

CAPTAIN HARTLINE, Miller County Detention
Center (MCDC); CPL. PEARCY, MCDC; SGT.
BAYLESS, MCDC; SGT. GILES, MCDC;
OFFICER HANNING, MCDC; SHERIFF RON
STOVALL; WARDEN GARY TURNER, MCDC;
KIM VALLANCOURT, Correctional Healthcare
Management, Inc. (CHM); NURSE BROWN, CHM;
and DETECTIVE WESLEY PENNEY, Texarkana
Arkansas Police Department                                                            DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 39) filed in this case on September 23, 2011, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendants' Motion to Dismiss (Doc. 35) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**, in their entirety, for failure to comply with an order of the Court and for failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS FURTHER ORDERED that any and all motions which remain pending are DISMISSED AS MOOT.

IT IS SO ORDERED this 19th day of October, 2011.

/s/P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE